# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:                | CHAPTER # 7           |
|-----------------------|-----------------------|
| LINDA RAE HOLLAND     | BANKRUPTCY # 08-28463 |
| Debtor(s).            |                       |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Chase Bank USA<br>C/O Creditors Bankruptcy<br>PO Box 740933<br>Dallas, TX 75374 | $4.55 |
| GE Money Bank<br>C/O Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $4.59 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$9.14** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 29th day of Dec, 2009.

/s/
Steven R. Bailey, Trustee