FILED IN THE UNITED STATES BANKRUPTCY COURT
2010 SEP -9 PM 1:11
DISTRICT OF UTAH MAIL

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**
**DEPOSIT OF UNCLAIMED FUNDS**

| | |
|---|---|
| In re:<br>LINDA RAE HOLLAND<br><br>Debtor. | CHAPTER # 7<br>CASE NO. 08-28463 |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CREDITOR & ADDRESS (last known) | CHECK AMOUNT |
|---|---|
| Chase Bank USA NA<br>C/O Creditors Bankruptcy<br>PO Box 740933<br>Dallas, TX 75375 | 63.99 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$63.99** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 7th day of September, 2010.

/s/
Steven R. Bailey, Trustee